DANA A. SUNTAG (State Bar No. 125127)
JOSHUA J. STEVENS (State Bar No. 238105)
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
5757 Pacific Avenue, Suite 222
Stockton, California  95207
Telephone: (209) 472-7700
Dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for Defendant
COUNTY OF SAN JOAQUIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY AMOS, | **Case No.: 2:21-cv-00470-MCE-JDP** |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO CONDUCT RULE 26(f) CONFERENCE** |
| vs. | |
| ZACHARY SIMMONS, individually and in his official capacity, COUNTY OF SAN JOAQUIN, and DOES 1-20, inclusive | **[No hearing required]** |
| Defendants. | |

R E C I T A L S

A.  On March 15, 2021, Plaintiff filed this lawsuit.

B.  On March 16, 2021, the Court issued an Initial Pretrial Scheduling Order. The Order stated, among other things, that within 60 days of service of the complaint on any party, the parties were required to meet and confer as required by Fed. R. Civ. P. 26(f) regarding their discovery plan.

C.  On April 8, 2021, Plaintiff served process on Defendant County of San Joaquin (the "County").

D.  On April 29, 2021, the County filed a motion to dismiss the only claim against it, the Second Claim.

E.  The motion has been fully briefed and the Court has taken it under submission.

F.  Counsel for the parties have discussed the deadline for the Rule 26(f) conference, and believe it would be cost-effective to defer it until there is a ruling on the motion.

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by the parties, through their counsel of

record, that the deadline to conduct the Rule 26(f) conference be extended until 28 days after the Court issues a ruling on the pending motion to dismiss.

Dated: June 3, 2021  HERUM CRABTREE SUNTAG
*A California Professional Corporation*

By: ___/s/ Dana A. Suntag_____
　　DANA A. SUNTAG
　　Attorneys for Defendant
　　COUNTY OF SAN JOAQUIN

Dated: June 3, 2021  BRACAMONTES & VLASAK, P.C.

By: */s/ Michael Bracamontes*_____
　　MICHAEL R. BRACAMONTES
　　Attorneys for Plaintiff

<u>ORDER</u>

IT IS SO ORDERED.

Dated: June 14, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE